2:20-cv-01586-GMN-DJA



