Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jess Elijio Carranza, Jimmy Carter Kim, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> Brian Koehn, Warden, Nevada Southern Detention Center, <br><br> Defendant/Respondent. | Case No. 2:20-cv-01586-GMN-DJA <br><br> **Stipulated Briefing Schedule (First Request)** |

The parties jointly agree and request that: (1) Petitioners' Response to Respondent's motion to dismiss (ECF No. 12) shall be due by September 21, 2020, and Respondent's reply to that response shall be due by September 28, 2020, and (2) Petitioners' reply to Respondent's answer/response to the petition for writ of habeas corpus (ECF No. 13) shall be due October 1, 2020. The parties enter this stipulation because:

1.      On September 17, 2020, Respondent filed both a motion to dismiss the petition and an answer/response to the petition on the merits. ECF Nos. 12, 13. Petitioners' reply to the answer/response is currently due September 21,

2020.  ECF No. 5.  Petitioners' response to the motion to dismiss is currently due October 1, 2020, which would make Respondent's reply due October 8, 2020.

2. The parties enter into this expedited briefing schedule on the motion to dismiss to permit the Court to expeditiously resolve the legal issues raised in the motion to dismiss before reaching the merits of the petition, if possible.  This will conserve the Court's and the parties' resources.

3. Petitioners' counsel needs additional time to meet with Petitioners regarding Respondent's filings in order to reply to the answer/response, which will require coordinating video visits and sending documents via mail.

4. The Petitioners are in custody and this stipulated briefing schedule will not harm or prejudice them.

5. Respondent's counsel will be out of state from September 28 through October 1, 2020, and the parties respectfully request that no hearings or additional deadlines be scheduled during that time.

DATED: September 21, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Holly Vance*<br>By_____<br>Holly Vance<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jess Elijio Carranza, Jimmy Carter Kim, <br><br>　　　　Plaintiffs/Petitioners, <br><br>　v. <br><br>Brian Koehn, Warden, Nevada Southern Detention Center, <br><br>　　　　Defendant/Respondent. | Case No. 2:20-cv-01586-GMN-DJA <br><br>**Order Granting Stipulated Briefing Schedule** |

Based on the stipulation of counsel, the Court finds that good cause exists to approve the stipulated briefing schedule.

IT IS THEREFORE ORDERED *nunc pro tunc*, that Petitioners' response to the motion to dismiss (ECF No. 12) is due by September 21, 2020. Respondent's reply is due by September 28, 2020.

IT IS FURTHER ORDERED that Petitioners' reply to the answer/response to the petition (ECF No. 13) is due by October 1, 2020.

Dated this  23   day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3