# Index of Exhibits

| Exhibit | Document Title |
|---|---|
| 1 | United States v. Phuong Tang, Case No. 2:20-cr-0054-GMN-DJA, ECF No. 34 |
| 2 | United States v. Che Summerfiled, Case No. 2:20-mj-00231-BMW, ECF No. 10 |