Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# United States District Court
## District of Nevada

| | |
|---|---|
| Jess Elijio Carranza, Jimmy Carter Kim, <br><br>    Plaintiffs/Petitioners, <br><br>v. <br><br>Brian Koehn, Warden, Nevada Southern Detention Center, <br><br>    Defendant/Respondent | Case No. 2:20-cv-01586-GMN-DJA <br><br> Motion for Scheduling Order |

This case began as a hybrid habeas/civil rights action.[1] This Court promptly ordered the complaint-petition to be served on respondent-defendant by (1) delivering a copy along with the summons and exhibits on the USAO for the District of Nevada and (2) delivering the same to Warden Koehn at NSDC.[2] Service was made, and an AUSA along with two attorneys from Struck Love Bojanowski & Acedo, PLC, entered notices of appearance on behalf of the Warden.[3] This Court also ordered the Warden to file an answer by September 17, 2020.[4]

---

[1] ECF No. 1.

[2] ECF No. 5.

[3] ECF No. 9–11.

[4] ECF No. 5.

Through the USAO, the Warden filed a response and a motion to dismiss.[5] On October 16, 2020, this Court granted in part and denied in part the motion to dismiss, dismissing Carranza and Kim's habeas corpus claims but denying the motion without prejudice in all other respects.[6] Because the habeas portion of this case has been dismissed and it is now proceeding solely as a civil-rights case premised on this Court's inherent authority under 28 U.S.C. 1331 (which is the same authority from which *Bivens* derives), plaintiffs respectfully request that this Court issue a scheduling order under Local Rule 16-1(b) so that this case may proceed.

Dated: October 30, 2020.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender
*/s/ Erin Gettel*
Erin Gettel
Assistant Federal Public Defender

---

[5] ECF Nos. 12, 13.

[6] ECF No. 24.

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 30, 2020, he served an electronic copy of the above and foregoing **Motion for Scheduling Order** by electronic service (ECF) to the person named below:

> NICHOLAS A. TRUTANICH
> United States Attorney
> HOLLY A. VANCE
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender