Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi Ojeda
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jess Elijio Carranza, Jimmy Carter Kim, | Case No. 2:20-cv-01586-GMN-DJA |
| Plaintiffs/Petitioners, | **AGREED MOTION TO DISMISS** |
| v. | |
| Brian Koehn, Warden, Nevada Southern Detention Center, | |
| Defendant/Respondent. | |

    Plaintiffs Jess Elijio Carranza and Jimmy Carter Kim, through their attorneys at the Federal Public Defender's Office, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby ask this Court to dismiss Plaintiffs' claims against Defendant Brian Koehn, Warden, Nevada Southern Detention Center without prejudice, and with each side to bear their own costs.

    Plaintiffs have conferred with counsel for Defendant Koehn, who reports that Defendant Koehn agrees with the relief sought in Plaintiffs' motion.

Therefore, Plaintiffs respectfully request that this Court grant Plaintiffs' motion and dismiss their claims against Defendant Koen without prejudice, with each side to bear its own costs.

Dated: July 28, 2022

Rene L. Valladares
Federal Public Defender

By  */s/ Heidi Ojeda*
Heidi Ojeda
Assistant Federal Public Defender

Jason M. Frierson
United States Attorney

By  */s/ Holly A. Vance*
Holly A. Vance
Assistant United States Attorney

By  */s/ Jacob Brady Lee*
Jacob Brady Lee
Struck Love Bojanowski & Acedo, PLC

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  23  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 28, 2022, she served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

                                                */s/ Rosana Aporta*
                                                Employee of the Federal Public Defender